UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
JASON STEWART,

              Plaintiff,

-against-

STERLING INFOSYSTEMS, INC.,

              Defendant.

------------------------------------------------------- X

Case No. 1:24-cv-01675-PAE

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff Jason Stewart and Defendant Sterling Infosystems, Inc., have reached an agreement in principle to resolve this action. The parties are in the process of memorializing the terms of their agreement. The parties anticipate filing the necessary dismissal papers within the next sixty (60) days. In the interim, the parties respectfully request that the Court vacate all deadlines in this matter, as there are no remaining defendants.

Dated: September 4, 2024

                                          SEYFARTH SHAW LLP

                                          By: */s/ Robert T. Szyba*
                                                Robert T. Szyba
                                                rszyba@seyfarth.com
                                                SEYFARTH SHAW LLP
                                                620 Eighth Avenue, 32nd Floor
                                                New York, New York 10018-1406
                                                Telephone: (212) 218-5500
                                                Facsimile: (212) 218-5526

                                          *Counsel for Defendant*
                                          *Sterling Infosystems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, I presented the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Robert T. Szyba*
                                          Robert T. Szyba
                                          *Counsel for Defendant*
                                          *Sterling Infosystems, Inc.*